```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CESAR FIERROS VALENCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-08-0410 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| CESAR FIERROS VALENCIA, ) | Date: November 17, 2008 |
| and FERNANDO LOPEZ AMARILLAS, ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. ) | |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Richard J. Bender, Assistant United States Attorney, FERNANDO LOPEZ AMARILLAS, by and through his counsel, Emmet Mahle and CESAR FIERROS VALENCIA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for October 6, 2008, be vacated and rescheduled for status conference on November 17, 2008, at 10:00 a.m.

    This continuance is being requested because defense counsel needs additional time to review discovery with defendant, who speaks only Spanish, and for ongoing defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from October 6, 2008, through and including November 17, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: October 1, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
CESAR FIERROS VALENCIA


/S/ Matthew C. Bockmon for
_____
EMMET MAHLE
Attorney for defendant
FERNANDO LOPEZ AMARILLAS

Dated: October 1, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
RICHARD J. BENDER
Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

Dated:  October 1, 2008

_____
FRANK C. DAMRELL, JR.
United States District Judge

Stip & Order                                        2