LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
CESAR FIERROS VALENCIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>         Plaintiff, ) <br>   vs. ) <br> CESAR FIERROS VALENCIA, et al., ) <br>         Defendants. ) | Case No.:  CR S-08-410 FCD <br><br> STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE |

It is hereby stipulated and agreed to between the undersigned parties to this action and their attorneys, that the briefing schedule adopted by the Court be amended to allow Defendants one additional week to May 28, 2010, to file proposed motions regarding alleged equal protection violations.  The parties further stipulate that the current briefing schedule remain in place. The government response will be filed by June 18, 2010, defense reply filed by July 2, 2010, and an evidentiary hearing set for July 23, 2010.

This request is made by counsel for defendant Cesar Fierros Valencia to allow sufficient time to prepare the motion.  Given the complex issues involved, the parties acknowledge this briefing schedule may need further amendment to give each sufficient time to prepare a response or reply.

The parties agree that on April 26, 2010, the Court excluded time in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code E and T4 to July 23, 2010, which is not altered by this stipulation.

Dated: May 21, 2010                    Respectfully submitted,

                                       /s/Lindsay Weston
                                       _____
                                       LINDSAY ANNE WESTON
                                       Attorney for Cesar Fierros Valencia

Dated:  May 21, 2010                   /s/Thomas Johnson
                                       _____
                                       THOMAS JOHNSON
                                       Attorney for Fernando Amarillas Lopez

Dated: May 21, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                        /s/ Daniel S. McConkie
                                       _____
                                       DANIEL S. MCCONKIE
                                       Assistant United States Attorney


**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED**.

Dated: May 21, 2010

                                       _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE