```
BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>CESAR FIERROS-VALENCIA, and   )<br>FERNANDO AMARILLAS-LOPEZ,     )<br>                              )<br>          Defendant.          )<br>_____) | CR. S-08-410 FCD<br><br>STIPULATION AND ORDER FOR<br>CONTINUANCE OF BRIEFING<br>SCHEDULE |

Plaintiff United States of America has received a voluminous "Motion to Dismiss Indictment or Suppress Evidence Based on Equal Protection and Due Process Violations" filed by Defendant Fierros-Valencia. Defendant Amarillas-Lopez joined the motion. The government's opposition brief is due June 18, 2010; any defense reply is due on July 18, 2010; and a hearing is set for July 23, 2010.

The government needs additional time to file an opposition brief, given the complex factual and legal issues raised by the motion. The government is retaining an expert witness to assist the court in the determination of the issues raised in the

1

1  motion.
2      Counsel for both defendants have agreed that the government
3  may have additional time to prepare an opposition brief. The
4  parties currently contemplate holding a non-evidentiary hearing
5  in September 2010. The parties agree that there will be no
6  hearing on July 23, 2010. The parties will confer with the court
7  clerk and file a stipulation setting forth a more detailed
8  briefing schedule. In the meantime, the parties stipulate that
9  the government will file its opposition brief by August 6, 2010;
10 any reply will be filed by September 3, 2010.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1    Accordingly, the parties jointly request that the briefing
2 schedule be so modified and that the July 23, 2010 hearing be
3 vacated, with the understanding that a new date will be set by
4 stipulation in the near future.

BENJAMIN B. WAGNER
United States Attorney

Dated: June 18, 2010          /s/ Daniel S. McConkie
                              DANIEL S. McCONKIE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

                              Respectfully submitted,

Dated: June 18, 2010           /s/ Lindsay Anne Westin
                              LINDSAY ANNE WESTIN
                              Attorney for Fierros-Valencia
                              By DSM per personal auth.

                              Respectfully submitted,

Dated: June 18, 2010           /s/ Tom Johnson
                              TOM JOHNSON
                              Attorney for Lopez-Amarillas
                              By DSM per personal auth.

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE