1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2725

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )  CR. S-08-410 FCD
12            Plaintiff,             )
                                     )  STIPULATION AND ORDER
13                                   )  RE-SETTING HEARING DATES ON
                                     )  EQUAL PROTECTION MOTION
14       v.                          )
                                     )
15  CESAR FIERROS-VALENCIA, and      )
    FERNANDO AMARILLAS-LOPEZ,        )
16                                   )
              Defendants.            )
17  _____ )

18

19       A prior stipulation set a new briefing schedule on the

20  defendants' pending Equal Protection Motion. The parties jointly

    request the following dates for hearings on the defendants'
21
    pending motions:
22
    •    Non-evidentiary hearing on the Equal Protection motion on
23
         September 10, at 10:00 a.m.,
24
    •    Evidentiary hearing (if the court should order it as to any
25
         or all pending motions) on November 2, 2010 at 9:00 a.m.
26
         through November 5, 2010 at noon.
27
         Furthermore, the parties jointly request that the time
28

                                    1

1   period from today's date through November 5, 2010 be excluded

2   under the Speedy Trial Act pursuant to 18 U.S.C. §§

3   3161(h)(7)(B)(iv) and 3161(h)(1)(D) and Local Codes E and T4 for

4   the motion, the preparation of the parties for complicated legal

5   and factual issues that will be litigated in the motions, the

6   review of voluminous documents totalling at least 1,500 pages,

7   continuity of counsel and based on a finding by the Court that

8   the ends of justice served by granting a continuance outweigh the

9   best interest of the public and defendant in a speedy trial.

10                                  BENJAMIN B. WAGNER
                                    United States Attorney
11

12  Dated: July 10, 2010            /s/ Daniel S. McConkie
                                    DANIEL S. McCONKIE
13                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
14

15                                  Respectfully submitted,

16  Dated: July 10, 2010            /s/ Lindsay Anne Weston
                                    LINDSAY ANNE WESTON
17                                  Attorney for Fierros-Valencia
                                    By DSM per personal auth.
18

19                                  Respectfully submitted,

    Dated: July 10, 2010            /s/ Tom Johnson
20                                  TOM JOHNSON
                                    Attorney for Lopez-Amarillas
21                                  By DSM per email auth.

22

23                          **ORDER**

24  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

25  Dated: July 12, 2010

26                                  

27
                                    _____
28                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28