LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
CESAR FIERROS VALENCIA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: CR S-08-410 FCD |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE |
| CESAR FIERROS VALENCIA, et al., ) | |
| Defendants. ) | |

Defendant Cesar Fierros Valencia filed motions to suppress the evidence and motions to dismiss the indictment or suppress evidence for equal protection and due process violations. The government has filed responses to both motions. This Court ordered an evidentiary hearing as to both motions to commence on November 2, 2010 at 9:00 a.m.

The defense requests additional time to file a reply to motions especially given the complex issues and statistical analysis presented by the issues and the report of the government expert witness contained in the government's response filed on August 6, 2010 to the equal protection and due process claims. The defense replies are due to be filed September 3, 2010.

The parties stipulate that the defense may have until September 24, 2010, to files its reply briefs. The parties anticipate that additional briefing may be necessary to assist the Court with issues to be presented at the evidentiary hearing and will confer with each other and the Court

- 1

should this be necessary.  On July 12, 2010, this Court excluded time under the Speedy Trial Act to November 5, 2010.

Dated: September 2, 2010            Respectfully submitted,

                                    */s/Lindsay Weston*
                                    _____
                                    LINDSAY ANNE WESTON
                                    Attorney for Cesar Fierros Valencia


Dated:  September 2, 2010           */s/Thomas Johnson*
                                    _____
                                    THOMAS JOHNSON
                                    Attorney for Fernando Amarillas Lopez


Date:   September 2, 2010           BENJAMIN WAGNER
                                     United States Attorney

                                     */s/ Daniel S. McConkie*
                                    _____
                                    DANIEL S. MCCONKIE
                                    Assistant United States Attorney
                                    Per authorization


                                    **ORDER**

     **IT IS SO ORDRED**.

Dated: September 7, 2010
                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

- 2