LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
CESAR FIERROS VALENCIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CESAR FIERROS VALENCIA,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No.:  CR.  S-08-410  FCD**

**APPLICATION AND ORDER RE
ASSOCIATION OF OFFICE OF
OF THE FEDERAL DEFENDER AS
SECOND COUNSEL FOR DEFENDANT
CESAR FIERROS VALENCIA**

Defendant CESAR FIERROS VALENCIA, by and through appointed counsel Lindsay Anne Weston, hereby moves this Court for an Order allowing the association of the Office of the Federal Defender as second counsel for Mr. Fierros for purposes of the Motion to Suppress the Evidence on Fourth Amendment grounds and the Motion to Dismiss the Indictment or Suppress the Evidence for Equal Protection and Due Process Violations. The association in of second counsel is permissible under the Criminal Justice Act, 18 U.S.C. § 3006 a. This request is based on all of the files and records in this matter and the accompanying consent and signatures of Lindsay Anne Weston, Cesar Fierros Valencia, and the Office of the Federal Defender.

Lindsay Anne Weston, Defense Counsel:

I am appointed counsel for Mr. Fierros and was appointed by this Court in April, 2009, to replace the Office of the Federal Defender and Assistant Federal Defender Matthew Bockman, at the request of Mr. Fierros. I filed the pre-trial motions listed above on behalf of Mr. Fierros. This

Court has declared the case complex for purposes of the Speedy Trial Act largely due to the complex legal and factual issues presented by the pending pre-trial motions. In my opinion, in order to competently represent my client, I need to associate second counsel to assist in me the continuing investigation, preparation and litigation of these pre-trial motions.

I have consulted with the Office of the Federal Defender who is counsel of record in the two cases currently pending in the Eastern District of California in which similar defense pre-trial challenges are either made or will soon be filed; *United States v. Sanchez Palomino et al.*, CR S 09-94-MCE and *United States v. Cesar Adrian Zuniga, et al*, CR S 09-95-EJG. The Federal Defender has consented to associating in as second counsel for Mr. Fierros for purposes of the preparation and litigation of the pending pre-trial motions. I will remain lead counsel for purposes of service and the Federal Defender will designate the Assistant Federal Defender as soon as possible.

I consulted my own case records and with the Criminal Justice Act Administrator and have determined there is no conflict with the Officer of the Federal Defender. However, I advised Mr. Fierros of his right to conflict free representation and he is agreeable to waive any possible conflict of interest so the Office of the Federal Defender may associate in as second counsel.

I request this Court issue an Order allowing in the association of the Office of the Federal Defender as second counsel for purposes of the litigation of the pending pre-trial motions.

Dated:  October 21, 2010                 */s/ Lindsay Anne Weston*  **

                                                  _____

                                                  LINDSAY ANNE WESTON
                                                  Appointed Counsel to Mr. Fierros Valencia

Defendant Cesar Fierros Valencia

My attorney, Lindsay Weston, advised me it is necessary to have second counsel associated in to assist in the litigation of the pre-trial motions to suppress the evidence and or/ dismiss the indictment for Fourth Amendment, Equal Protection and Due Process Violations. In April, 2009, I asked this Court to appoint me a new lawyer as I was dissatisfied with my then attorney, Mr. Matthew Bockman, of the Office of the Federal Defender.  Ms. Weston advised me that, although she thinks there is no conflict with the Office of the Federal Defender, I have the right of be represented by a counsel with no conflict of interest.

I waive any right to conflict free counsel and consent to association in of the Office of the Federal Defender as second counsel for purposes of litigation of my pre-trial motions.

Dated:  October 21, 2010                     */s/ Cesar Fierros Valencia* **
                                                    _____
                                                    CESAR FIERROS VALENCIA
                                                    Defendant


Office of the Federal Defender

I consent to associating the Office of the Federal Defender for the Eastern District of California in as second counsel for Cesar Fierros Valencia in *United States v. Cesar Fierros Valencia et al.* CR S 08-410-FCD for purposes of litigation of the pending pre-trial motions.

Dated:  October 27, 2010.                     */s/ Daniel J. Broderick* **
                                                    _____
                                                    DANIEL J. BRODERICK
                                                    Federal Defender for the Eastern District of
                                                    California

Certification of Spanish Interpreter

I am a federally certified Spanish language interpreter and have translated this entire document from English into Spanish for Cesar Fierros Valencia.

Dated:  October 21, 2010.

/s/ Debra Watkins Snow  **

_____

DEBRA WATKINS SNOW

**ORDER**

IT IS SO ORDERED.

Dated:  November 2, 2010

_____

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

** Original signatures on file with Attorney Weston

– 4