1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CESAR FIERROS-VALENCIA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )   No. 2:08-cr-00410 KJM
                                      )
13                 Plaintiff,         )
                                      )   STIPULATION AND ORDER ORDERING
14         v.                         )   PRE-PLEA PRESENTENCE CRIMINAL
                                      )   HISTORY REPORT
15  CESAR FIERROS-VALENCIA,           )
                                      )   Judge: Hon. Kimberly J. Mueller
16                 Defendant.         )   Date:    24 March 2011
                                      )   Time:    9:00 a.m.
17  _____ )

18         The parties mutually request that the Court order the U.S.

19  Probation office to prepare a Pre-Plea Presentence Criminal History

20  report.   Defense investigation of this issue suggests results of such

21  a review and report will have a substantial ameliorative effect on

22  advisory guideline computations and a consequential beneficial effect

23  on the ability of the parties to reach mutually agreeable terms of

24  resolution of the case without trial.   In the event that a resolution

25  is reached, the evidentiary hearing now set for 5 April 2011, will not

26  be necessary.

27         The court is advised that defense counsel has conferred with

28  Senior U.S. Probation Officer Thomas Brown who has advised that four

1  [4] weeks is needed for the probation office to perform this task.  He

2  has also advised that the Probation Office needs an order from the

3  court directing them to undertake this inquiry.  A proposed order as

4  requested by Mr. Brown follows this stipulation.  The court's deputy

5  clerk has advised defense counsel that the court is available for

6  status conference on 24 March 2011, thereby allowing the Probation

7  Office the time they require to prepare the requested report.

8         There is no further need for exclusion of time as it has been

9  previously stipulated that time for trial under the Speedy Trial Act be

10  excluded between 22 November 2010, and 24 March 2011, pursuant to 18

11  U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

12         **IT IS SO STIPULATED**.

13

14  Date:  23 Feb 2011                    /s/ Daniel S. McConkie____
                                          DANIEL S. McCONKIE
15                                        Assistant United States Attorney
                                          Counsel for Plaintiff
16

17

18  Date:  23 Feb 2011                    DANIEL J. BRODERICK
                                          Federal Defender
19

20                                         /s/ Matthew M. Scoble___
                                          MATTHEW M. SCOBLE
21                                        Assistant Federal Defender
                                          Counsel for Defendant
22                                        CESAR FIERROS-VALENCIA

23

24

25

26

27

28

**O R D E R**

The above stipulation of the parties is accepted.  This case is ordered to be calendared on March 24, 2011 at 10:00 AM for a status conference.

The probation office is directed to conduct the criminal history review requested in the above stipulation and report its results to counsel for each of the parties on or before March 23, 2011, unless a later date is subsequently set by the court.

**IT IS SO ORDERED.**

By the Court,

Date:  February 25, 2011.

UNITED STATES DISTRICT JUDGE