LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
CESAR FIERROS VALENCIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CESAR FIERROS VALENCIA,<br><br>    Defendant. | Case No.: 2:08-cr-00410 KJM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE. |

    The parties to this action, defendant Cesar Fierros Valencia, and the government, stipulate and request this Court order the status conference in this matter currently set for May 5, 2011, at 10:00 a.m. be continued to May 19, 2011, at 10:00.  The parties anticipate this case will be resolved through a negotiated plea. The government recently offered the defendant a plea agreement. Counsel for Mr. Fierros need additional time to review the plea agreement with the government and Mr. Fierros.  At the hearing on May 19, 2011, Mr. Fierros will either enter a change of plea or the parties will request this Court set a date for an evidentiary hearing on the pending defense pre-trial motions.

////

////

- 1

The parties stipulate that time from May 5, 2011 to May 19, 2011, is excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) and Local Codes T2, T4 and E.

Dated: May 2, 2011                                   Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Cesar Fierros Valencia


/s/Lindsay Weston for
_____
MATTHEW M. SCOBLE
Deputy Federal Public Defender for
Cesar Fierros Valencia


BENJAMIN WAGNER
 United States Attorney

 /s/ Lindsay Weston for
_____
DANIEL S. MCCONKIE
Assistant United States Attorney


**ORDER**

**IT IS SO ORDRED**.

Dated:   May 3, 2011.

_____
UNITED STATES DISTRICT JUDGE